IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ALBU TRADING, INC.

    Plaintiff

: Civil Action No. 06-276 GMS

CHARLES C. ALLEN, III

    Defendant

### ORDER

WHEREAS, on April 27, 2006, a complaint was filed in this case (D.I. 1);

WHEREAS, "a corporation may appear in the federal courts only through licensed counsel"[1];

IT IS HEREBY ORDERED that:

The plaintiff shall have 30 days from the date of this Order within which to obtain counsel. Failure to obtain counsel may result in the dismissal of this action.

Dated: May 4, 2006

UNITED STATES DISTRICT JUDGE

---

[1] *Rowland v. California Mens Colony*, 506 U.S. 194, 202 (1993); *Carefirst of Maryland, Inc. v. Care First Transportation, Inc.*, No. Civ. A. 02-229(MPT), 2002 WL 31500927, at * 3 (D. Del. Nov. 1, 2002).