IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
DELAWARE

ALBU TRADING, INC.

                Plaintiff,           )        C.A. No. 06-276 GMS

CHARLES C. ALLEN III

(President of Allen Family Foods, Inc.)

                Defendant        )



FILED

MAY 2 6 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

To,

The Honorable Judge Gregory M. Sleet

APPLICATION FOR EXTENSION OF TIME

Your Honor,

As the undersigned Peter Albu, representing Albu Trading, Inc. as
president,  I am applying for an extension of time to obtain a counsel in the
above mentioned case,  taking in consideration a specific personal situation
that I have which has brought on time constraints.

I am employed in two full time jobs, that, in fact, constitute the main
source of my income. I am a building maintenance worker, involved in 80
hours of work, weekly. I work every day of the week. I prove this allegation
with the attached pay-check stubs.

2

Because of my inflexible schedule, I need additional time to find a lawyer. In the past interval of time I tried to find a lawyer in Delaware. I sent to a multiple number of lawyers letters with the copy of the complaint with the exhibits, and await a response.

Both of my jobs are included in the Union, and by the Union building agreement, I am entitled to receive my vacation after June 1, following a drive to Wilmington to search more actively for a lawyer. I reside in New York.

I am committed to continue this civil action, and I apologize to Mr. Charles C. Allen III, because I instituted this lawsuit against him, as an individual person; but acting, accordingly, I considered this the last judicial resource that has remained in recovering material and morale from the damage.

Because of the status of limitation, that intervened on April 29, 2006, I will ask, Your Honor, reverentially, to observe that, through the dismissal of this action at this stage, a new civil action can not be instituted again and therefore I ask you to strongly consider this appeal.

Thank you for your understanding.

Respectfully submitted,

Peter Albu /President of Albu Trading, Inc.

May 25, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ALBU TRADING, INC.

       Plaintiff

                     : Civil Action No. 06-276 GMS

CHARLES C. ALLEN, III

       Defendant

## O R D E R

WHEREAS, on April 27, 2006, a complaint was filed in this case (D.I. 1);

WHEREAS, "a corporation may appear in the federal courts only through licensed counsel"[1];

IT IS HEREBY ORDERED that:

The plaintiff shall have 30 days from the date of this Order within which to obtain counsel. Failure to obtain counsel may result in the dismissal of this action.

Dated: May ___4___, 2006

                               UNITED STATES DISTRICT JUDGE

---

[1] *Rowland v. California Mens Colony*, 506 U.S. 194, 202 (1993); *Carefirst of Maryland, Inc. v. Care First Transportation, Inc.*, No. Civ. A. 02-229(MPT), 2002 WL 31500927, at * 3 (D. Del. Nov. 1, 2002).

CERTIFICATE OF SERVICE


I, the undersigned Peter Albu, President of Albu Trading, Inc/ Plaintiff in civil action 06-276 GMS – declare under penalty of perjury that a copy of annexed Application for Extension of Time was sent by certified mail to Mr. Charles C. Allen / at the main place of business Mr. Carles C. Allen, President of Allen Family Foods, Inc, 126 N. Shirplay Street, Seaford, DE 19973 –today May 25, 2006.

The mail office receipt is annexed.


Peter Albu/

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

SEAFORD DE 19973

| | | |
|---|---|---|
| Postage | $ 0.63 | UNIT ID: 0144 |
| Certified Fee | 2.40 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: FH1YMO |
| Total Postage & Fees | $ 3.03 | 05/25/06 |

Sent To: Mr. Charles Allen / President of Allen Family Foods
Street, Apt. No.; or PO Box No. 126 N Shirplay St
City, State Seaford DE 19973

7006 0100 0006 5747 9879

PS Form 3800, June 2002    See Reverse for Instructions