IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALBU TRADING, INC. | : |
|     Plaintiff | : |
| v. | : Civil Action No. 06-276 GMS |
| CHARLES C. ALLEN, III | : |
|     Defendant | : |

## ORDER

WHEREAS, on April 27, 2006, a complaint was filed in this case (D.I. 1);

WHEREAS, "a corporation may appear in the federal courts only through licensed counsel"[1];

WHEREAS, on May 4, 2006, an Order was issued directing the plaintiff to obtain counsel within 30 days from the date of the Order (D.I. 3);

WHEREAS, on May 26, 2006, the plaintiff filed a motion for extension of time within which to obtain counsel (D.I. 4);

IT IS HEREBY ORDERED that:

The plaintiff is given an additional 30 days, or until June 30, 2006, to obtain counsel.

Dated: May 30, 2006

_____
UNITED STATES DISTRICT JUDGE

---

[1] *Rowland v. California Mens Colony*, 506 U.S. 194, 202 (1993); *Carefirst of Maryland, Inc. v. Care First Transportation, Inc.*, No. Civ. A. 02-229(MPT), 2002 WL 31500927, at * 3 (D. Del. Nov. 1, 2002).