IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

ALBU TRADING, INC.

        Plaintiff,        )    C.A. No. 06-276 GMS

CHARLES C. ALLEN III

(President of Allen Family Foods, Inc.)

        Defendant       )

Addressed to the Honorable Judge Gregory M. Sleet

APPLICATION FOR A NEW AND LAST EXTENSION OF TIME

Dear Honorable Judge,

    Please grant me with another extension of time of 10 to 20 days in finding a lawyer, for the following reasons:

    Because at short time after the granting with the extension of time, the Defendant filed a Motion to dismiss for lack of subject matter jurisdiction, - a filing that complicated very much the search in finding a lawyer willing to appear in my case.

    An Answer to the Motion to dismiss was filed, in the requested time, - and sent to the Defendant.

2

Please give me the last chance to have a representation by lawyer, after the new fillings that intervened in the case, in its actual determination (the Motion for dismiss and the Answer).

My former lawyer, Daniel McKenty declined to take the case on the explication that his office not taking new cases.

The new material of the case, with the Answer to the Motion, was sent to a number of lawyers specialized in limited liability corporation, - their names and addresses being specified in the annexed affidavit.

Respectfully submitted,
On behalf of Albu Trading, Inc/ Peter Albu, President

## AFFIDAVIT

I, the undersigned Peter Albu, on behalf of Albu Trading, Inc, Plaintiff in the case No 06-276, in the US District Court for the District of Delaware declare that, today June 28, 2006 I mailed the new filing in the case to the following mentioned lawyers, at the specified addresses:

Paul A Fiorovanti Jr, 1310 King Street PO Box 1328, Wilmington, DE 19899-1328

Craig Smith, The Corporate Plaza, 800 Delaware Ave, PO Box 410, Wilmington, DE 19899

George H Seitz, III, 222 Delaware Ave, Suite 1500, PO Box 68, Wilmington, DE 19899

Jeffrey S Welch, 824 Market Street, Suite 805, Wilmington, DE 19801

Jeffrey K. Martin, 1509 Gilpin Ave, Wilmington, DE 19806

William M Aukamp, 913 Market Street, Suite 702, Wilmington, DE 19801

Michael J Barrie, 824 N Market Street, 10th Floor, Suite 1001, Wilmington, DE 19801

Elizabeth A Wilburn, Chase Manhattan Centre, 1201 Market Street, Suite 800 Wilmington, DE 19801

Martin Weiss, First Federal Plaza, Suite 500, Wilmington, DE 19801

John Legare Williams, One Commerce Center, 1201 Orange Street, PO Box 511 Wilmington, DE 19899-0511

Respectfully submitted,

Peter Albu

## CERTIFICATE OF SERVICE

I, the undersigned Peter Albu, President of Albu Trading, Inc/ Plaintiff in civil action 06-276 GMS –certifies that 2 copies of the Application for a new and last extension was mailed through the United States Postal Service to Mr. Mark D. Olson, the Attorney for the Defendant, at the following address: 107 West Market Street, PO Box 690, Georgetown, DE 19947 – today June 28 , 2006.

By, Peter Albu//



TO: Office of the Clerk
United States District
Court 844 N. King Street
Lockbox 18
Wilmington, DE
19801-3570

FROM: Alba Trading Inc
2960 Grand Concourse
Bronx NY 10458