IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| ALBU TRADING, INC., | ) | |
| | ) | |
| Plaintiff | ) | Case No. 06-276 GMS |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES C. ALLEN, III | ) | |
| | ) | |
| Defendant | ) | |

### ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Albu Trading, Inc., Plaintiff in the above-referenced matter, appears by its counsel, Harvey, Pennington Ltd.; and such counsel hereby enters their appearance and such counsel hereby requests that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the following persons at the following address, telephone and telecopy number:

"J" Jackson Shrum, Esquire (#4757)
Harvey, Pennington Ltd.
913 North Market Street, 7th Floor
Wilmington, Delaware, 19801
(302) 428-0719 Telephone
(302) 428-0734 Facsimile
Jshrum@harvpenn.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to above, but also includes, without limitation, all orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, statements of affairs, schedules of assets and liabilities, whether formal or informal, whether written or oral,

717289_1                                    1

and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph or telex.

|  |  |
|---|---|
| Dated: July 14, 2006 | HARVEY, PENNINGTON LTD.<br><br>By: /s/ *"J" Jackson Shrum*<br>"J" Jackson Shrum, Esquire (No. 4757)<br>913 N. Market Street, 7th Floor<br>Wilmington, Delaware 19801<br>(302) 351-1125 (telephone)<br>(302) 428-0734 (fax)<br>jshrum@harvpenn.com<br><br>*Counsel to Albu Trading, Inc.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) <br> ) <br> ALBU TRADING, INC., ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> CHARLES C. ALLEN, III ) <br> ) <br> Defendant ) | Case No. 06-276 GMS |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2006, I caused true and correct copies of the foregoing *Entry of Appearance and Request for Service of Papers* to be served upon those parties on the attached service list in the manner indicated.

/s/ "J" Jackson Shrum
"J" Jackson Shrum (#4757)

**VIA FIRST CLASS MAIL**
David C. Hutt, Esq.
Mark D. Olson, Esq.
Wilson, Halbrook & Bayard, P.A.
107 West Market Street
P.O. Box 690
Georgetown, DE  19947