IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ALBU TRADING, INC.                  :

    Plaintiff                              :

v.                                          : Civil Action No. 06-276 GMS

CHARLES C. ALLEN, III               :

    Defendant                           :

## ORDER

**AND NOW,** this __15th__ day of September, 2006, upon consideration of the Motion for Leave of Court to file a Supplemental Response to the Pending Motion to Dismiss, and there being no opposition thereto filed by the Defendant, it is hereby ORDERED that the Plaintiff is granted leave to file its supplemental response within ten (10) days of the entry of this Order.

Dated: __Sept. 15, 2006__

_____
UNITED STATES DISTRICT JUDGE