IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Albu Trading Inc. <br>     plaintiff | ) <br> ) <br> ) | |
| v. | ) <br> ) | Civil Action No. 06-cv-00276-GMS |
| | ) <br> ) | |
| Allen <br>     defendant. | ) | |

## ORDER

This __17th__ day of __August__, 2007, it appearing that:

    1.    All non-sealed and non-expunged records are forwarded to the Federal Archives and Records Center (FARC) by the Clerk of this Court in accordance with the Records Disposition Program established by the Judicial Conference pursuant to 28 U.S.C. Section 457.

    2.    The policy of this Court is that case records are forwarded to the FARC after they have been maintained in this Court for a minimum period of six months after the final disposition of the case, unless otherwise ordered.

    3.    This case will be forwarded to the FARC after being held for the minimum period of six months.

    4.    During the course of proceedings in the above-entitled action, parties filed certain confidential papers under seal pursuant to a protective order of the Court.

    5.    The Clerk has requested an order be issued directing that the sealed documents be returned to the filing parties.

NOW, therefore, **IT IS ORDERED** that:

1. When the Clerk prepares the record of the above-entitled case for subsequent transfer to the FARC, he shall notify the parties that he will surrender the sealed documents to the filing parties on a stated date and that the parties shall make arrangements to receive them at the Clerk's Office on that date.

2. On the designated date, the Clerk shall surrender to the filing parties all sealed documents.

3. Any sealed documents in the record of this case shall remain sealed until disposed of in accordance with this order.

4. Should the filing parties fail to make arrangements for procuring the sealed documents on the designated date, the said documents shall be unsealed and thereafter be forwarded to the FARC in accordance with the Records Disposition Program.

5. After the designated date noted above, the Clerk shall arrange to forward the record of this case to the FARC in accordance with the policy of this Court.

United States District Judge

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 21 , 2007

**J Jackson Shrum**
Harvey Pennington LTD
913 N. Market St., Suite 702
Wilmington, DE 19801
(302) 351-1122
Email: JShrum@harvpenn.com

**David C. Hutt**
Wilson, Halbrook & Bayard
107 W. Market St.
P.O. Box 690
Georgetown, DE 19947
(302) 856-0015
Albu Trading Inc. v. Allen

　　　　RE: **Albu Trading Inc. v. Allen**
　　　　　　Civ No.**06-cv-00276-GMS**

Dear Counsel:

　　The Clerk's Office is currently in the process of preparing the above case for transfer to the National Archives and Records Administration (NARA). Pursuant to the enclosed Order of the Court, **counsel is asked to claim the sealed documents mentioned in the Order by August 28 , 2007.** All sealed documents filed in subject case are identified in ==yellow== on the attached partial docket sheet. A jointly filed document may be claimed by any attorney who signed/filed the document.

　　***If counsel does not claim the documents that they filed by the above date***, the Clerk will **<u>unseal</u>** any sealed documents remaining and send them to the NARA in accordance with the Order.

　　To claim your sealed documents kindly **send an E-MAIL** to our specially designated court address at:
　　　　**returnsealeddocs@ded.uscourts.gov**

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

    Simply specify the documents that you are claiming by stating the case number and docket item number(s), along with your name and firm address.  Please do not claim your documents via any form of docket entry in CM/ECF. Once we receive your e-mailed claim, we will prepare the documents for your retrieval and **contact you** when they are ready for pick-up.  **An attorney who is not a registered CM/ECF filer** may claim their sealed documents by phoning me at the Clerk's Office, at 302-573-6170.

                                                   Sincerely,

                                                   By:_____
                                                       Deputy Clerk

Enc.
    Docket Sheet

REVIEWED
By Larisha Davis at 12:18 pm, Jun 26, 2007

CLOSED, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:06-cv-00276-GMS
#### Internal Use Only

Albu Trading Inc. v. Allen
Assigned to: Honorable Gregory M. Sleet
Cause: 42:1983 Civil Rights Act

Date Filed: 04/27/2006
Date Terminated: 01/10/2007
Jury Demand: None
Nature of Suit: 385 Prop. Damage Prod. Liability
Jurisdiction: Federal Question

**Plaintiff**

**Albu Trading Inc.**                          represented by  **J Jackson Shrum**
Harvey Pennington LTD
913 N. Market St., Suite 702
Wilmington, DE 19801
(302) 351-1122
Email: JShrum@harvpenn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Charles C. Allen, III**                      represented by  **David C. Hutt**
*President of Allen Family Foods Inc.*         Wilson, Halbrook & Bayard
107 W. Market St.
P.O. Box 690
Georgetown, DE 19947
(302) 856-0015
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark D. Olson**
Wilson, Halbrook & Bayard, P.A.
107 West Market Street
P.O. Box 690
Georgetown, DE 19947
(302) 856-6676
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/27/2006 | 1 | COMPLAINT filed Pro Se against Charles C. Allen, III ( Filing fee $ 350, receipt number 143225.) - filed by Albu Trading Inc.. (Attachments: # 1 Civil Cover Sheet # 2 Acknowledgement of Rule 4)(dab, ) (Entered: 04/28/2006) |
| 04/27/2006 | 2 | Notice of Availability of a U.S. Magistrate Judge to Exercise Jurisdiction (Attachments: # 1 Acknowledgement of Consent Form) (dab, ) (Entered: 04/28/2006) |
| 04/27/2006 |  | Summons Issued as to Charles C. Allen, III on 4/27/2006. (dab, ) (Entered: 04/28/2006) |

| | | |
|---|---|---|
| 05/03/2006 | 🌐 | Case assigned to Judge Gregory M. Sleet. Please include the initials of the Judge (GMS) after the case number on all documents filed. (rjb, ) (Entered: 05/03/2006) |
| 05/04/2006 | 🌐3 | ORDER. Plaintiff shall have 30 days from the date of this Order within which to obtain counsel. Failure to obtain counsel may result in the dimissal of this action. Signed by Judge Gregory M. Sleet on 5/4/06. (mmm) (Entered: 05/04/2006) |
| 05/04/2006 | 🌐 | Remark: A copy of the Order to obtain counsel (D.I. 3) was sent, via U.S. mail, to Albu Trading, Inc., Peter Albu, 2960 Grand Concourse L 2, Bronx, NY 10458 on 5/4/06. (mmm) (Entered: 05/04/2006) |
| 05/26/2006 | 🌐4 | MOTION for Extension of Time to Obtain Counsel - filed by Albu Trading Inc. (mmm) (Entered: 05/30/2006) |
| 05/26/2006 | 🌐 | The following sealed document(s) will be retained permanently in the Clerk's Office for safekeeping: Exhibit to D.I. 4. (mmm) (Entered: 05/30/2006) |
| 05/30/2006 | 🌐5 | ORDER granting 4 Motion for Extension of Time to Obtain Counsel. Signed by Judge Gregory M. Sleet on 5/30/06. (mmm) (Entered: 05/30/2006) |
| 06/06/2006 | 🌐6 | MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter - filed by Charles C. Allen, III. (mmm) Additional attachment(s) added on 6/6/2006 (mmm, ). (Entered: 06/06/2006) |
| 06/29/2006 | 🌐7 | ANSWERING BRIEF in Opposition re 6 MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter filed by Albu Trading Inc. Reply Brief due date per Local Rules is 7/7/2006. (Attachments: # 1 Exhibit)(mmm) (Entered: 06/30/2006) |
| 06/29/2006 | 🌐8 | SECOND MOTION for Extension of Time to obtain counsel - filed by Albu Trading Inc. (mmm) (Entered: 06/30/2006) |
| 06/30/2006 | 🌐9 | ORDER granting 8 Motion for Extension of Time to Obtain Counsel until July 17, 2006. No further extensions will be granted. Signed by Judge Gregory M. Sleet on 6/30/06. (mmm) (Entered: 06/30/2006) |
| 07/14/2006 | 🌐10 | NOTICE of Appearance by J Jackson Shrum on behalf of Albu Trading Inc. (Attachments: # 1 Certificate of Service)(Shrum, J) (Entered: 07/14/2006) |
| 08/21/2006 | 🌐11 | MOTION for Leave to File *Supplemental Response to Pending Motion to Dismiss* - filed by Albu Trading Inc.. (Attachments: # 1 Brief in Support of Motion# 2 Text of Proposed Order # 3 Certificate of Service)(Shrum, J) (Entered: 08/21/2006) |
| 09/15/2006 | 🌐12 | ORDER granting 11 Motion for Leave to File. Signed by Judge Gregory M. Sleet on 9/15/06. (mmm) (Entered: 09/15/2006) |
| 09/25/2006 | 🌐13 | Supplemental RESPONSE to Motion re 6 MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter, 11 MOTION for Leave to File *Supplemental Response to Pending Motion to Dismiss* filed by Albu Trading Inc.. (Attachments: # 1 Certificate of Service)(Shrum, J) (Entered: 09/25/2006) |
| 01/10/2007 | 🌐14 | ORDER granting 6 Motion to Dismiss for Lack of Subject Jurisdiction. Signed by Judge Gregory M. Sleet on 1/10/2007. (asw) (Entered: 01/10/2007) |
| 01/10/2007 | 🌐 | CASE CLOSED (asw) (Entered: 01/10/2007) |